ROBINS KAPLAN LLP
Amy M. Churan, SBN 216932
AChuran@RobinsKaplan.com
Daniel L. Allender, SBN 264651
DAllender@RobinsKaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:   (310) 552-0130
Facsimile:    (310) 229-5800

Attorneys for Defendant
AFFILIATED FM INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLANDS RESTAURANTS, LP a Delaware Limited Partnership; and CFBC, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>AFM. | Case No.  '20CV2013 H    JLB<br><br>**AFFILIATED FM INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>**UNDER 28 USC § 1441(B) (DIVERSITY)** |

Defendant Affiliated FM Insurance Company ("AFM"), pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, hereby removes this case from the Superior Court of California for the County of San Diego to the United States District Court for the Southern District of California. In support of this Notice, AFM states as follows:

**STATE COURT ACTION**

1.      On September 15, 2020, plaintiffs Islands Restaurants, LP and CFBC, LLC ("Plaintiffs") filed an unverified complaint against AFM (the "Complaint"), in the Superior Court of California for the County of San Diego, Case No. 37-2020-0032166-CU-IC-NC (the "State Court Action").

2. The Complaint alleges that AFM issued a property insurance policy to Plaintiffs and that Plaintiffs made an insurance claim to AFM as a result of the COVID-19 pandemic. Plaintiffs allege that AFM breached its obligations to Plaintiffs in connection with the insurance claim and seeks damages and other relief.

3. A copy of the Complaint, accompanying exhibits, summons, and other case initiating documents are attached as **Exhibit A**.

4. On September 24, 2020, the Complaint and other case initiating documents reflected in Exhibit A were served on AFM.

5. On October 13, AFM filed its answer, demand for jury trial, and affirmative defenses with the Superior Court. A copy of AFM's answer, demand for jury trial, and affirmative defenses are attached as **Exhibit B**.

6. Pursuant to 28 U.S.C. §§ 1446(a), exhibits A and B together represent a copy of all process, pleadings, and orders served on or by AFM in this matter.

7. On October 2, 2020, counsel for AFM notified counsel for Plaintiffs that AFM intended to remove this case to federal district court under its diversity jurisdiction. In that letter, AFM asked Plaintiffs to identify any reason why Plaintiffs believed this Court would lack diversity jurisdiction over this case. A copy of that correspondence is attached as **Exhibit C.**

8. On October 7, 2020, counsel for Islands responded to the October 2nd letter. Counsel for Islands did not contest that this Court has federal diversity jurisdiction over this matter. A copy of that correspondence is attached as **Exhibit D.**

9. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the parties are of diverse citizenship, the amount in controversy requirement is met, and all of the other requirements for removal have been satisfied.

## DIVERSITY OF CITIZENSHIP

10. Plaintiff Islands Restaurants, L.P. ("Islands"), is a Delaware limited partnership with its principal place of business in California. The general partner of Islands is Chartwell Management Corp., a Nevada corporation. The limited partner or limited partners of Islands are not publicly known, but, upon information and belief, none are citizens of the same state as AFM.

1  Therefore, Islands is a citizen of Nevada and California for the purposes of federal diversity
2  jurisdiction.

3  11.  Plaintiff CFBC, LLC ("CFBC") is a California limited liability company with its
4  principal place of business in California. Islands is a member of CFBC and therefore CFBC has
5  the same citizenship as Islands. If there are other members of CFBC other than Islands, they are
6  not publicly known, but, upon information and belief, if there are such other members, none are
7  citizens of the same state as AFM. Therefore, CFBC is a citizen of Nevada and California for the
8  purposes of federal diversity jurisdiction.

9  12.  AFM is an insurance company organized under the laws of Rhode Island, with its
10  principal place of business in Rhode Island. Therefore, AFM is a citizen of Rhode Island.

## AMOUNT IN CONTROVERSY

12  13.  The amount in controversy requirement exceeds $75,000.00, exclusive of interests
13  and costs, as Plaintiffs contend that it is owed for the complete loss of business income for
14  approximately 63 locations for a period of multiple months as a result of orders issued in response
15  to the COVID-19 pandemic.

## TIMELINESS

17  14.  This notice of removal is timely because AFM filed it within thirty days of the date
18  that AFM received a copy of the Complaint. *See* 28 U.S.C. § 1446(b)(1).

## VENUE

20  15.  Venue in this Court is proper. Actions are removable from a state court to the
21  district court that encompasses the county where the action was filed. *See* 28 U.S.C. §1446(a).

## NOTICE

23  16.  AFM is concurrently filing a Notice of Filing of Notice of Removal, together with
24  this Notice and its supporting documents, with the Clerk of the Court of the Superior Court of
25  California for the County of San Diego, in accordance 28 U.S.C. § 1446(d). The same is being
26  provided to counsel for Plaintiffs.

## CONCLUSION

28  17.  Having established the requirements for removal are met for the State Court

Action, AFM hereby gives notice of its removal.

DATED: October 14, 2020

**ROBINS KAPLAN LLP**

By: /s/ Daniel L. Allender
    Amy M. Churan
    Daniel L. Allender

**ATTORNEYS FOR DEFENDANT
AFFILIATED FM INSURANCE COMPANY**

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

61690543.1

- 4 -

NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **October 14, 2020**, I caused to be served the foregoing document described as **AFFILIATED FM INSURANCE COMPANY'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

MICHAEL J. BIDART
RICARDO ECHEVERRIA
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711

*Attorneys for Plaintiffs*

[X]   **BY FEDERAL EXPRESS   OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid addressed as stated on the attached Service List.

[]    **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 14, 2020**, at Los Angeles, California.

/s/ Daniel L. Allender
Daniel Allender

61518357.1

PROOF OF SERVICE