**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISLANDS RESTAURANTS, LP a Delaware Limited Partnership; and CFBC, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02013-H-JLB<br><br>**ORDER:**<br><br>**(1) ORDERING THE PARTIES TO FILE A REVISED VERSION OF THE COMPLAINT**<br><br>**(2) SUBMITTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

On September 15, 2020, Plaintiffs Islands Restaurants, LP and CFBC, LLC ("Plaintiffs") filed a complaint against Defendant Affiliated FM Insurance Co. ("Defendant") in the Superior Court of California, County of San Diego. (Doc. No. 1-2.) On October 14, 2020, Defendant removed the action to this Court. (Doc. No. 1.) On

January 29, 2021, Defendant filed a motion for judgment on the pleadings. (Doc. No. 15.) Plaintiffs filed a response in opposition to Defendant's motion on February 23, 2021. (Doc. No. 19.) On March 1, 2021, Defendant filed a reply. (Doc. No. 20.)

A hearing on the motion is currently scheduled for March 8, 2021 at 10:30 am. (Doc. No. 15.) The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motions on the parties' papers, and vacates the hearing.

In addition, the copy of Plaintiffs' state court complaint submitted to the Court appears to be missing exhibits that the complaint references. (See e.gs., Doc. No. 1-2 at ¶ 122 (referencing Exhibit 6, an 85-page response letter, which does not appear in the complaint attached); id. at ¶¶ 158-59 (referencing Exhibit 18, which also does not appear to be attached).) The parties also reference these exhibits in their moving papers. (See, e.gs., Doc. No. 15 at 3 (citing Exhibit 18); Doc. No. 19 at 17 (same).) The Court therefore orders the parties to file either (1) a revised version of the complaint with all its exhibits attached or (2) a notice explaining that the complaint filed with the Court is a complete copy of Plaintiffs' state court complaint on or before **March 8, 2021**.

**IT IS SO ORDERED.**

DATED: March 4, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT